# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SANDRA CHRISTINE SANDERS | § |
| | § Civil Action No. 4:16-CV-920 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |
| | § |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Motion and Memorandum for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #21) and Commissioner's Response to Plaintiff's Motion and Memorandum for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. #22), wherein Defendant does not object to the requested fee, but requests the fee be payable to Plaintiff and mailed to Plaintiff's counsel, finds that Plaintiff's Motion is well taken and should be granted as set forth herein. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #21) is **GRANTED**, and the Commissioner is directed to pay six thousand nine hundred dollars and ninety-one cents ($6,900.91) in attorney's fees and paralegal feels, two hundred dollars ($200.00) as costs, and seventeen dollars and twenty-four cents ($17.24) as expenses, for a total award of seven thousand one hundred and eighteen dollars and fifteen cents ($7,118.15) such payment payable to Plaintiff and such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

SIGNED this the 11th day of July, 2018.

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE